AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

A BLACK IPHONE/EXTRACTION REPORT, CURRENTLY IN THE CUSTODY OF RICHLAND COUNTY SHERIFFS OFFICE.

Case No. 7:25cr571

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A to the Affidavit submitted in support of the Application for this Warrant.

located in the _____ District of ___South Carolina___ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B to the Affidavit submitted in support of the Application for this Warrant.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a), 846 | Possession with intent to distribute controlled substances, conspiracy to the same |
| 18 U.S.C. § 1956 | Money Laundering |
| 18 U.S.C. § 1958 | Murder for Hire |
| 18 U.S.C § 36 | Drive-by Shooting |
| 18 U.S.C § 1959 | Violent Crime in Aid of Racketeering (VICAR) |
| 18 U.S.C § 924(c) | Use of a firearm in furtherance of a violent crime or drug trafficking |

The application is based on these facts:
**See attached affidavit**

- ☐ Continued on the attached sheet.
- ☑ Delayed notice of _____ days (give exact ending date if more than 30 days: __12/01/2025__ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Jackson L. Dunn, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/15/2025

_____
*Judge's signature*

City and state: Greenville, SC       William S. Brown, United States Magistrate Judge
*Printed name and title*